**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

In Re:

St. JUDE MEDICAL, INC.
SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION

**MDL No. 1396**
**(Civil No. 01-679 JRT/FLN)**

**This pleading relates to:**

**John McFadden**
**Case No. 01-679 (JRT/FLN)**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, John McFadden, by and through his undersigned counsel of record, hereby request that this Court, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, enter an Order voluntarily dismissing the causes of action of Plaintiff John McFadden, without prejudice against Defendant, St. Jude Medical, Inc.

WHEREFORE, Plaintiffs request that this Court enter an Order voluntarily dismissing the claims of this Plaintiff, without prejudice, against Defendant St. Jude Medical, Inc.

Date: February 8 2008

Respectfully submitted:

CAPRETZ & ASSOCIATES

James T. Capretz, Esq. (CA Bar No. 44442)
Don K. Ledgard, Esq. (CA Bar No. 208350)
5000 Birch Street, West Tower, Suite 2500
Newport Beach, California 92660
TEL: (949)724-3000/Fax-(949)209-2090

J. Michael Cronan, P.C.
6312 W. 134th Street
Overland Park, KS 66209
(913) 322-6548
Counsel for Plaintiff John McFadden

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of Notice of Voluntary Dismissal without Prejudice by electronic service upon all counsel of record this 8TH day of February, 2008.

Date: February 8, 2008

CAPRETZ & ASSOCIATES
5000 Birch Street, West Tower, Suite 2500
Newport Beach, California 92660
Tele-(949)724-3000; Fax-(949)209-2090